UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DOUGLAS ANDERSON,

Plaintiff,

v.

INDEPENDENT SCHOOL DISTRICT NO. 281,

Defendant.

Civil No. 01-560 ADM/AJB

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

You are hereby given notice that the pretrial conference in the above referenced case previously scheduled for May 24, 2001, at 10:00 a.m., has been rescheduled by the Court. The pretrial conference will be held on **May 31, 2001, at 3:30 p.m.**, in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 5/16/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed MAY 16 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________