**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.: 01-560 ADM/AJB

Douglas Anderson,

Plaintiff,

v.

**STIPULATION** AND ORDER

Independent School District #281, Robbinsdale Area Schools, Robbinsdale, Minnesota,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between all the parties hereto, through their respective undersigned attorneys, as follows:

1. Plaintiff timely disclosed his expert witness, Dr. Abuzzahab, Plaintiff's treating psychiatrist.

2. Because Dr. Abuzzahab was a treating psychiatrist, Plaintiff did not provide a report, pursuant to Fed. R. Civ. P. 26(a)(2).

3. Plaintiff, however, has provided authorizations to obtain Dr. Abuzzahab's records and Defendant has requested said records.

4. However, because said records have not yet been provided by Dr. Abuzzahab, Defendant is unclear as to what Abuzzahab's expected testimony will be.

5. Accordingly, the parties agree that good cause has been shown to extend the scheduling order 30 days and agree that the attached order may be entered by the Court.

FILED OCT 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**CENTER FOR EDUCATION LAW, LTD.**

Dated: 1 Oct. '01

By: ______________________
Margaret O'Sullivan Kane (#220243)
Attorneys for Plaintiff Douglas Anderson
607 Grand Avenue, #200
St. Paul, MN 55102
651-222-8611

**ERSTAD & RIEMER, P.A.**

Dated: 10/12/01

By: ______________________
James R. Andreen (#174373)
Attorneys for Defendant
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
(952) 896-3700

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED:**

The pretrial scheduling order entered by this Court on June 1, 2001, is hereby amended to indicate that the deadline in paragraph 3(b), the disclosure of expert witnesses, is hereby extended 30 days to allow Defendant to disclose expert witnesses on or before October 28, 2001.

**BY THE COURT:**

______________________
Magistrate Judge of U.S. District Court