**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.: 01-560 ADM/AJB

Douglas Anderson,

Plaintiff,

v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Independent School District #281, Robbinsdale Area Schools, Robbinsdale, Minnesota,

Defendant.

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs, disbursements or attorneys' fees to any of the parties.

**IT IS FURTHER STIPULATED**, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs, disbursements or attorneys' fees to any of the parties, may be entered herein.

JAN 2 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 1 2003
DEPUTY CLERK

Dated: 13 Jan. '03

**CENTER FOR EDUCATION LAW, LTD.**

By: ______________________
Margaret O'Sullivan Kane (#220243)
Attorneys for Plaintiff Douglas Anderson
607 Grand Avenue, #200
St. Paul, MN 55102
651-222-8611

Dated: January 15, 2003

**ERSTAD & RIEMER, P.A.**

By: ______________________
James R. Andreen (#174373)
Attorneys for Defendant
200 Riverview Office Tower
8009 - 34th Avenue South
Minneapolis, MN 55425
(952) 896-3700

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

1/21/03

**BY THE COURT:**

______________________
Judge of U.S. District Court
ANN D. MONTGOMERY